FILED
CLERK, U.S. DISTRICT COURT
JUL 2 4 2008
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEBORAH BRAKEBILL,<br><br>              Plaintiff,<br><br>vs.<br><br>MICHAEL J. ASTRUE,[1]<br>Commissioner of Social Security,<br><br>              Defendant. | No. EDCV 07-0118-RC<br><br><br>JUDGMENT |

    IT IS ADJUDGED that Judgment shall be entered in favor of defendant.

DATED: July 24, 2008

                                             ROSALYN M. CHAPMAN
                                       UNITED STATES MAGISTRATE JUDGE

---

[1] Pursuant to Fed. R. Civ. P. 25(d)(1), Michael J. Astrue is substituted as the defendant in this action.

MDO-R&R\07-0118.JUD
7/24/08